UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-24377-RNS

BARRY SMITH,

    Plaintiff,

vs.

AKAL SECURITY, INC.

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties in the above-styled case at the mediation reached a settlement as to all claims asserted therein. It is requested 20 days due to the holidays to finalize the closing of this case.

Dated: 12/29/19                    Respectfully submitted,

                                          s/Rainier Regueiro
                                          **Rainier Regueiro, Esq.**
                                            Florida Bar No.: 115578
                                            rregueiro@rgpattorneys.com
                                            **REMER & GEORGES-PIERRE, PLLC**
                                            44 West Flagler Street, Suite 2200
                                            Miami, FL 33130
                                            Telephone: (305) 416-5000
                                            Facsimile: (305) 416-5005

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on 12/19/19, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Neil David Kodsi
Jackson Lewis P.C.
2 South Biscayne Boulevard
Suite 3500
Miami, FL 33131
305-577-7600
Fax: 305-373-4466
Email: neil.kodsi@jacksonlewis.com

                                                  s/Rainier Regueiro
                                                  **Rainier Regueiro, Esq.**
                                                  Florida Bar No.: 115578